March 22, 2017

United States District Court for the Southern District

Evan Gahr
Washington Gadfly
New York Post press critic for Eric Breindel
444 East 82nd St., Apt. 12W
New York, NY 10028

Vs.

Michael Horowitz (personally)
DBA as London Institute
10 West St., New York, NY 10004
**Tel: (212) 227-9822**

London Institute
Mr. Herbert London
10 West Street
New York, NY 1004

SDNY RECEIVED PRO SE OFFICE
2017 MAR 22 PM 5:06
S.D. OF N.Y.

17CV 2092

Complaint

Related
Evan Gahr vs Jay Lefkowitz
et. al  NYSSC
100186 2017

<u>Intentional Infliction of Emotional Distress</u>

<u>Negligent Intentional Infliction of Emotional Distress</u>

<u>Discrimination in contracts based on ethnicity in violation of 1866 Civil Rights Act as amended by Congress</u>

1. Everything stipulated in this complaint is a matter of public record and news articles, including this reporter's dcgadfly.blogspot.com non-blog, his Chimpstein.com/WashingtonGadfly.com website, New York Daily News articles by Stanley Crouch (calling the events described herewith a right-wing purge and comparing neo-cons to Farrakhan going after WaPo reporter Miltion Coleman when he exposed Jesse Jackson's off the record remark to black reporters referring to New York City as Hymietown: every time you go to Hymietown you need to talk to Mr. Hymie), a similar article by Nat Hentoff quoting Crouchand by Lloyd Grove, quoting plaintiff with no denial or even response from the relevant parties that the Bush White House got him fired from the Hudson Institute, a government contractor, for calling Karl Rove ally Paul Weyrich, the late co-founder of the Moral Majority and Heritage Foundation "a demented anti-Semite" for saying the Jews killed Christ.
2. Defendant Michael Horowitz, acting without the knowledge of Herb London and Ken Weinstein and expressly violating Hudson policies, engaged in the felony aggravated harassment described below with malice and forethought on behalf of his own CPUSAesque neo-con cabal, Fifth Columnist for Rome instead of Moscow, a)when he was anticipating litigation and b)right after Evan Gahr was about to meet with Paul Weyrich, who in a private letter to him, not sent to any reporters or given out publicly to redress what he considered the harm done to his own

reputation by what he contended was an unfair characterization, said he regretted that Gahr was fired and wanted to meet with him to explain himself better.
3. London and Weinstein lied to the Washington Jewish Week, Eric Alterman of the Nationaand ADL publicity monger Abe Foxman, who refused to intercede and told them all Gahr was not fired for denouncing Weyrich he was fired for using a stuffed chimp in a television debate about the matter with David Horowitz, as he defended Weyrich, "David's acting like a big baby, so I brought a stuffed chimp.
4. In fact, the same morning Gahr was officially dismissed, perhaps just one hour later, London placed a call to Weyrich, who, based on information and belief he had never even met and Weyrich didn't even know his name, it seems, until after he sent him a fulsome letter apologizing for the demented anti-Semite and assuring him, with the same condescending attitude white liberals treat blacks and whitewash everything from their low-grade anti-Semitism to criminality, by some, and supposed welfare without work, said he wanted to know his neo-con version of a little black Sambo (big dumb goy) that he was still held in high regard at the Institute.
5. Actually, he wasn't. Nobody even knew him or had even met him, based on information and belief, except Marshall Wittmann who told plaintiff privately he was a demented anti-Semite for saying the Jews killed Christ, which MW discovered on his Free Congress website accidentally because PW was fighting with Bill Kristol, co-director of Wittmann's conservative reform project for Hudson about the Bush Administration response to Chinese aggression (holding airline pilot hostage TK.)
6. When asked for comment by the Forward and Washington Post, Wittmann declined comment to the latter and lied to the Forward, more or less, saying the comment was no big deal.
7. Kristol lied to WaPo and said Weyrich's comment was no big deal and plaintiff was too "excitable." Yet just days earlier, when informed by MW about the JKC comment, described it to both Marshall Wittmann and Ken Weinstein, the Hudson DC office director/VP, now president as a disgusting anti-Semitic outburst. "Bill couldn't believe it," they both told this reporter.
8. So something that was shocking and unexpected—ie, rehash of the Deicide to Kristol, a partisan putz, on |Thursday was suddenly no big day the following Tuesday. Similarly, Kristol also silently acquiesced with Pat Buchanan's anti-Semitism circa 1990. According to an email from Weyrich to this reporter circa 2004, at a meeting with like 15 DC conservatives about what to do about Buchanan, Kristol said nary a word the whole time. PW recalled undoubtedly accurately and truthful that he said, of course Pat is an anti-Semite. We've known that a long time. Norman Podhoretz, paid $200,0000 per year by Hudson to do literally nothing (not even chair a panel discussion—call it welfare without work for white Jews not overly fertile black women), condemned Buchanan then started to rant and rave about black anti-Semitism
9. In an email from his aol account (NPod@aol.com) Norman told plaintiff not to apologize to Weyrich because of the anti-Semitism then kept quiet when Gahr got fired for not apologizing. In the same email, Norman also started going on and going on about the fact that Jesse Jackson has never expressly condemned Farrakhan for anti-Semitic remarks. He certainly hasn't. He certainly hasn't. But Norman 16 years after Weyrich's Deicide remarks has never condemned him. Black anti-Semitism in this country caused literally just one murder of a Jew. The Christ Killer charge caused Six Million plus countless pogroms. Talk about dictatorships and double standards!
10. Due to the following FedEx felony aggravated harassment (per discussions with multiple law

and Catholic Bishop cover-up artist and Jewish member of the CPUSA spy apparatus, plaintiff has suffered and continue to suffer difficulties (to use an Eric Breindel word) congruent medically, psychologically and economically with an altar boy who was sodomized by a priest in 2001 and then subjected to continued lying, violation of his civil rights by both the priest, the Church and allies.

11. Horowitz lied to my own mother and father in 2001 about my supposed psychiatric problems. He is advancing that lie and still frightening them literally to this day by continuing to withhold exculpatory evidence that acting with malice and forethought he withheld from the original |Fed Ex package-i.e, a)a letter written to him from plaintiff that said essentially, *I am happy to assert in any forum and under oath that you told Rabbi David Saperstein and Nat Hentoff (off the record [since when does MH talk OTR with anybody; only when he is covering up for the Church's and key Christian Right ally Paul Weyrich's blood libel that the Jews killed Christ] that Hudson, a government contractor, was wrong to fire me for calling Weyrich "a demented anti-Semite" even though you disagreed with that characterization* and b)a letter to Ramesh Ponnuru, the National Review and AEI affirmative action hire, that objected to their essential defense of Weyrich for saying the Jews killed Christ which said David Horowitz did a good job of defending him, with typical ignorant, pompous and facile right-wing agitprop/press criticism said Tom Edsall of the Washington Post did a non-story on the whole matter.

12. Non-story? Really Edsall quoted the spokesman for National Conference of Catholic Bishops on inter-religious matters, Eugene Fisher TK, saying Weyrich's statement expressly violated Vatican II; so much for the neo-con, NR defense of him that he was only expressing his religious beliefs. He certainly was. He certainly was. Except that his expression of his religious beliefs—the "only one remark" for which I slurred him as an anti-Semite, the nexus of all anti-Semitism that only led to one Holocaust contradicted his own Church's religious teaching—i.e, the Vatican long ago renounced the Christ Killer lie.

13. Now, please God, we are going to discus my real ones before a federal judge and jury. Plaintiff seeks $8.13 million dollars in compensatory damages and $81.3 million dollars in punitive damages with the expectation that he would donate it to charity. For the same reason, the late Israeli Prime Minister first resonated with me when I learned he vociferously opposed during Knesset debates reparations from Germany. I don't want any neo-con blood money. How can you put a price tag on the pain, fear and terror and heartbreak Michael Horowitz has inflicted on my family to this day.

14. Worry that I am "going to get into trouble" and "get arrested"—one of the most horrific things for any parent, white or black, albeit especially black to fire. They are convinced I am bipolar and prone to manic and misinterpret my confrontational unorthodox investigative reporting or frenetic writing and reporting or just staying out late night and meeting girls an then getting up at 7AM to work as evidence of bipolar mania.

15. Prior to the FedEx stunt I was treated (completely successfully) for dysthimia sp? (low grade depression) with first Paxil then Prozac and Ritalin. Nothing else.

16. Since then I have gone through and failed something like 20 different medicines and combination of medicines plus the new treatment TSM for treatment-resident depression, which helped only somewhat. But now I might need another treatment due to the events described above, exacerbating by illegal dismissal by Neil Patel and Tucker Carlson of the Daily Caller in retaliation for my 2002 religious discrimination against Hudson (under DC HRA later moved to federal court by Hudson lawyer Bob Brame a.k.a J. Robert Brame, who belongs or did belong to a Christian Reconstructionist quasi-fascist group that favors offing gays caught en flagrante. But only if witnesses by two people. One is insufficient. So they are not gay bashers just right-leaning libertarians like Tucker Carlson purports to be?

17. Based on information and belief, London is denying me writing contracts (ie, publishing for money articles on his website) due to my Jewish ethnicity because I embarrassed him for being an "uppity Jew" and created what was known in an earlier error as a *shande before the goyim* (i.e, when East European Jews considered uncouth and an embarrassment (plaintiff today) by more powerful and more secular and more assimilated and more powerful by German Jews (the neo-con moral equivalent today) embarrassed them in front of gentiles they needed to maintain their power and influence (the Christian Right to neo-cons today are the goyim to whom they are supplicants and the moral equivalent of concentration camp kopos sp? to paraphrase what Trump's nominee for ambassador to Israel has said about J-Street the liberal alternative to the main right-wing/neo-con pro-Israel lobby in Washington, AIPAC, which depends on support from intrinsically anti-Semitic yet powerful Christian Right leaders, many of them with no hatred in their heart, for power and influence in our nation's Capitol.

Respectfully submitted for the Court's consideration, with faith in the American People.