April 23, 2017

~~April 17, 2017~~

United States District Court for the Southern District of New York
17-CV-2092
Evan Gahr
Hymietown Defense League (HDL)
New York Post press columnist for Eric Breindel
hymietowndefenseleague@gmail.com

RECEIVED SDNY DOCKET UNIT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-26-17

2017 APR 26 PM 3:57

vs.

Michael Horowitz DBA London Institute   for Conspiracy against Rights + IIED)

Amended complaint

vs.

~~David ~~       Union for Reform Judaism vs. William Bennett
Barbara Weinstein    Rick Jacobs              DBA Commentary
Jonah Pesner        Eric Yoffie
~~Union for Reform Judaism~~   Sarah Greenberg
633 3rd Ave.
New York, NY 10017

Conspiracy Against Rights – Section 1981
Prima Facie Violations of 1964 Civil Rights Act for Discrimination in Public Accommodations denial of service
Pima Facie violations of the Americans with Disabilities Act   Press Credentials denied
Intentional Infliction of Emotional Distress, concurrent with attorney malpractice by defendant
Saperstein ~~& Jaffee~~

1. Per the pending investigation by the Office of Disciplinary Conduct of the District of Columbia Court of Appeals attorney misconduct division, Rabbi David Saperstein, a neo-con Fifth Columnist, is a decidedly creepy amalgam of the "Seninfeld" rabbi who famously blabbed confidential conversations on his television show and a Catholic Bishop cover-up artist, taking a page from the CPUSA playbook of imputing mental disorders to political opponents, particularly anybody who breaks ranks, as I did with him.

vs Jonah Pesner — United States District Court
vs Barbara Weinstein for Southern District
vs. Eric Yoffie + Sarah Greenberg

years, and then, only, in 2013, just one piece for my dcgadfly.blogspot.com blo, which Page Six

picked up, on Herman Cain becoming "a snake oil salesman for the one-eyed snake" and one for

publication. As a direct result of RAC ban and
FedRAC ACH of my father that

3. On the morning of the first night of Passover last week, he formally re-instituted that ban and,

Bill Bennett Saperstein encouraged I have an

with the full support of other defendants and in cahoots with them, also committed ACH by

suffered from fishing PTSD

virtue of his creepy private email, disregarding repeated instructions to communicate publicly

+ MOD per

only about matters of vast public concern, involving major public figures and, indeed, the Bush

On GICP

White House, proceeded, acting in concert with if not the explicit instructions of, defendants letter

Pesner and Weinstein, like a bully who relies on secrecy, to lie about it to me, hoping I would

circulate his lies for him to purport to justify the ban, which he knows full well, violates Jewish

teaching (rabbis can not bar Jews from synagogue) and District of Columbia law and federal law.

4. But, hey, when no cameras are around, Mr. Saperstein cares about Jewish teaching and civil

rights, to use my grandfather's expression, "as much as yesterday's piss."

5. Ditto for Mr. Pesner, another school yard bully of sorts with higher name recognition. And

Miss Weinstein, a decidedly nasty woman.

6. Additionally, he denied service for the RAC/Union for Reform Judaism conference in

Washington, DC later this month.

7. Only that particular denial of service is stipulated in this claim and should be presented to the

jury, please God.

Phox Enthused / HDL

8. The 2006 ban is the subject of a federal lawsuit, which I stupidly withdrew when I was

plagued with considerable mental difficulties. But I have since petitioned the federal judge in

NY PockPress Column
for Eric Breindel
04/23/2017

*[Handwritten annotations in margins: "United States Dist Court for Southern Circuit", "URJ vs. Saperstein, Rick Jacobs, Barbara Weinste.", "vs Bill Bennett"]*

Washington, who dismissed the case without prejudice at my request, after Saperstein creeped me out by pretty much having his lawyers lie about me in court papers.

Exhibit-A & Exhibit C

1. Mr. Saperstein, who recently served as Barack Obama's Special Envoy for Religious Freedom Abroad, has since 2001 engaged in a civil and criminal conspiracy with his fellow former State Department Special Envoy Jay "a little anti-Semitism is good for the Jews" Lefkowitz, a former Bush WH OMB general counsel and former Reagan WH OMB general counsel Michael Horowitz, to deprive me of my religious freedom at home and my civil rights and my First Amendment rights.

2. The denial of service is the latest permutation.

3. and Mr. Pesner and Miss Weinstein are also classic schoolyard bullies since they are relying on secrecy to abuse me in a manner they would not dare do publicly--ie, they refuse to publicly provide a reason for denying me access to their public event later this month.

4. Nobody but me has ever been barred from their Consultation on Conscience, it appears.

5. Mr. Saperstein and his fellow travelers are guilty of discrimination based on religion and race since I identify as a black man these days and Saperstein is acting like a white Southern racist and effectively calling me "boy"

6. Discrimination based on religion since defendants are Jews discriminating against me for being Jewish, an "uppity Jew" who is making Saperstein cringe by exposing his alliance

*[Handwritten annotations: "Evan Gahr vs Union for Reform Judaism v. Bill Bennett Conspiracy Against Civil Rights Exhibit A  2011"]*

GREGORY R. ALSIP, M.D., PH.D.
150 EAST 58TH STREET, 25TH FLOOR
NEW YORK, NY 10155

TELEPHONE: (212) 223-1980
FAX: (212) 223-2390

## PSYCHIATRIC SUMMARY

Re: Evan Gahr

Mr. Gahr is a ~~[redacted]~~ white male with a history of severe, recurrent depressive disorder who presented for an initial consultation on January 26, 2006. The patient's history is significant for recurrent depression, anxiety, and intermittent functional impairment since late adolescence and early adulthood. Due to the severity of his clinical symptoms, the patient had been unable to function in occupational setting since May, 2001.

In reviewing the patient's extensive past psychiatric history, the depressive episodes have been treated aggressively with multiple medication regimens and intermittent psychotherapy. In addition, secondary to a traumatic experience having been fired from a journalist position, there were significant and ongoing symptoms consistent with chronic posttraumatic stress disorder.

In addition, there were suggestions of mood lability, impulsivity and poor judgment that were suggestive of hypomanic and possibly manic episodes. Based on these prior presentations, Mr. Gahr's regimen had included numerous antidepressant medications ~~[redacted]~~.

My initial assessment was consistent with a chronic mood disorder, likely major depressive disorder, recurrent, severe, dysthymia, post traumatic stress disorder, chronic and the possibility of a bipolar disorder, NOS.

My treatment of Mr. Gahr has been focused on the medication management of his mood disorder and collaboration with his outpatient psychologist, Dr. Stephen Zurrow. Mr. Gahr's clinical course has been significant for recurrent and relatively intractable mood symptoms that have had minimal to no resolution with multiple pharmacologic approaches.

The patients current and ongoing symptoms have resulted in significant and persistent functional impairment. The symptoms include problems in concentration and memory, depressed mood, psychomotor retardation, loss of appetite, decreased energy and fatigue, social withdrawal and isolation, persistent irrational fears, hopelessness, anhedonia, panic attacks and occasional irritability.

In my medical opinion, Mr. Gahr is significantly impaired and meets full criteria for a psychiatric disability. The patient has moderate to marked impairment in his ability to understand remember and carry out instructions. There is moderate limitation in his ability to respond appropriately to supervision and coworkers. He has marked inability to satisfy appropriate workplace standards of quality production and attendance. There is a marked to severe limitation in his ability to perform complex tasks requiring persistence and novelty as well as to perform simple tasks on a sustained basis. In addition, Mr. Gahr is unable to tolerate moderate to severe stress in potential workplace and social environments.

While there has been a consistent depressive overlay to Mr. Gahr's presentation, there have also been marked episodes of more severe compensation with both depressive, anxious and irritable components.

Current medications include ~~Wellbutrin XL 300 mg daily, Cymbalta 60 mg daily, Geodon 80 mg twice daily,~~ ~~Lamictal 150 mg twice daily, and Provigil 200 mg daily~~.

Multiaxial diagnosis

Axis I: Major Depressive disorder, recurrent severe, Dysthymia, Posttraumatic Stress Disorder Chronic, rule out Mood Disorder not otherwise specified with features

Axis II: none

Axis III: Hypercholesterolemia

Axis IV: unemployment, chronic psychiatric condition, social isolation, family conflict

Axis V: current GAF = 45, highest GAF past year = 50

Gregory R. Alsip, M.D., Ph.D.
Assistant Professor of Clinical Psychiatry
New York University School of Medicine
Diplomat, American Board of Psychiatry and Neurology

*[Handwritten in left margin: United States District Court for Southern District]*

# GREGORY R. ALSIP, M.D., PH.D.
150 EAST 58TH STREET, 25TH FLOOR
NEW YORK, NY 10155

TELEPHONE: (212) 223-1980
FAX: (212) 223-2390

PSYCHIATRIC UPDATE

April 3, 2012

Re: Evan Gahr

*[Handwritten right side:*
*Evan Gahr*
*vs*
*Bill Bennett*
*AKA Pre-Vatican Catholic Bill Bennett*
*vs Union for Reform Judaism*
*vs Rick Jacobs*
*vs Eric Yoffie*
*vs Sarah Greenberg*
*vs Jonathan Pesner*
*vs Barbara Weinstein*
*Conspiracy of Rights Violation of*
*1964 Civil Rights Act*
*Violation of Americans with Disabilities Act]*

As a clinical update to my psychiatric summary of September 6, 2011, Mr. Gahr remains in monthly psychopharmacologic management under my direction for his chronic, biologically based psychiatric condition.

To date, he remains significantly impaired, with no response to multimodal treatment modalities. Despite additional augmentation strategies and changes, he remains completely disabled with a poor prognosis.

It remains my medical opinion that Mr. Gahr continues to meet full criteria for psychiatric disability.

Sincerely,

*[signature]*

Gregory R. Alsip, M.D., Ph.D.
Assistant Professor of Clinical Psychiatry
New York University School of Medicine
Diplomate, American Board of Psychiatry and Neurology

# M Gmail

*No response from Cardinal Saperstein*

Evan Gahr <washingtongadfly@gmail.c

## Saperstein's threatening communication in precise disregard of
1 message

**Evan Gahr** <washingtongadfly@gmail.com>     Mon, Apr 10, 2017 at 3:19 PM
To: john.roth@ig.dhs.gov, dsaperstein@rac.org, media@fbi.gov, Marc Stern <sternm@ajc.org>, "Wemple, Erik" <erik.wemple@washpost.com>, washington@nytimes.com

of my instructions NOT to email me privately because I find,as he knows and you knows, such communications threatening and upper class thuggery because he is saying stuff that is BEREFT of any legal weight since it is private and that he is doing so with the expectation that I will forward it to reporters. This is a pretty obvious attempt to intimidate me--ie, his private communications is utterly worthless to me and only gets me more upset.

I consider this ipso post facto harassment he sent me PRECISELY the TYPE of commuunication that I told him and his staff NOT to send me and am reporting him to MPD right now. And he has again REFUSED to tell MH to STOP harassing me and my parents and reeleaase the lettter. I can't event type right I am so upet.

The only reason I am not deleting it is that given that I am anticipating litigation federal law forbids me to do so but he EXPRESSLY disregarded my wishes to talk on the PHONE precisely because he wanted to avoid being questioned--ie he wants to, I believe the legal term is set in concrete or something so he can use this as a legal defense to the DC HRA complaint I just filed.

I consider this communication a threat and intimidation techique that a lawyer who is viciosu and dumb but thinks he is shrewd, like Irvy League law grad Michael Horowtiz, does to circumvent the law. I am reporting him to MPD for this.

Two things stood out at me.

1. His statement that he never shared our communications with Michael Horowitz is patently false. He purported to suddenly make an exception to ignoring me out of good Passover wishes. But the reality is that his Passover exception follows two NEW things

a. The DC OHR complaint
b. My publicly stating, as I did in 2005, if memory serves that, he was betraying my confidences to Michael Horowitz
c. ESTABLISHING the timeline that he banned me from RAC right after I was quoted by Lloyd Grove saying that his White House ally Jay Lefkowitz, got me fired i.e, that stunt if coordinated with the White House or in consultation with the White House etc raises a civil rights violation to outright conspiracy. And even if he did not, which is counerinutivieve, discus any of this with MH, the fact remains that he acted as PROXY for the White House by banning me.
d. voice mails lefft with his staff
f. Informing him that I had petitioend tdo reopen my 2006 lawsuit.


As my grandmother Ruth Goldstock stated, if you are going to lie you need a good memory. In fact, in 2004, when I went outside the New Republic to protest to oversiplify here Frank Foer lying to cover up for Hudson on his article about them, Lawrence Kaplan, who was both a TNR writer and Hudson fellow called Michael Horowitz about my heated but heated exchange with Marty Peretz. I have video of the exchange in storage, hopefully that will dissuade Saperstein from lying even more. Horowitz then called Saperstein and told him about the confrontation and lied about it.

Marty was with a young aide and he can presumably be located to verify my account.

My vague recollection of his rationale for the RAC ban is that it is an obvious pretext for discrimination, full of lies and distortions and even if the stated rationale was true (something about his staff didn't like that I was asking tough questiions) it does NOT justify a total ban on entering RAC. Why was not just ask me not to talk to a particular staff member.

*2006*

Secondly, per my grandmother, nobody at RAC who was there in 2006 remains NOW So if the staff is the reason for his 2006 ban why is it when I asked him privately and semi privately to *stop standing outside the doors like a classic racist and barring me is he still barring me?*

Thiirdly, in the same email I asked him to give me press credentials for his April and May conference but he ignored that effectively denyign them.

Fourthly, it is well to note that the communications in 2006 concerned my ASSERTIONS of my civil rights and First Amendment rights and complaints about criminal conduct by MH.

Fifthly, his email is a classic non-denial. As stated above his claim that he did not betray confidences speaks to the time period between 2003 and his ban in 2005. But MH did his FedEx stunt in 2001 that was two years BEFORE MH was ostensibly counseling.

Saperstein in this email based on recollection and brief glance NOWHERE denies my assertion that he KNEW MH was calling and FedExing my father yet he--at minimum--made no attempt to tell him not to do that. He needs to answer questions under oath to find out what his precise role was.

To paraphrase what Mary McCarthy famously said about something Lilian Hellman wrote, every word in his email to me was as lie including "a" and "the." She sued McCarthy for libel. So I guess if I am as awful as Saperstein contends in his own CPUSAesque pack of lies he should sue me for libel also. Especaillly because much as Saperstein pretends this is just a private dispute with an angry parishioner he was trying to help he KNOWS very well, as you all of people do, Mr. Roth that I am a highly respected investigative reproter/Washington Gadfly chimp and my public assertions carry weight--ie, "everybody" in Washington knows that whatever I say I can back up with ample facts and logic

But if that is not the case why isn't Saperstein saying so publicly. Because the reality is he is clearly CONCERNED about his reputation and how I am exposing him as a Catholic Bishop cover up artist for a pedophile priest (Michael Horowitz.).

I am sure altar boys got these kind of letters from Chruch lawyers all the time. In light of this last attempt to settle things privately and get him to tell MH to STOP harassing me and my parents I have no choice now but to sue him for negligent intentional inflcition of emotional distress and illegal retaltion and discrimination in public accommodations.

CC: MPD reference call from 202-510-7483 March 31 about Michael Horowitz and David Saperstein. Frdiay evening . Security footage from where the call was made in NYC is going to indicate I was extremely upset both before and after the call.

CC: Marty Baron, who, of course, has shown the Spotlight on similarly situated religious figures (they even wear skullcaps on occasion just like he does they just have different sounding names)



Amended

Gahr vs Michael S. Horowitz IIED Conspiracy against Rights Section 1691

vs Union for Reform Judaism vs Bill Bennett AKA Pre-Vatican 2 Catholic Bill Bennett IIED Conspir ags Rghts

< 
></>